# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICOLE MUTHARD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, *et al.* | : | NO. 23-3387 |

## ORDER

**AND NOW**, this 10th day of June 2025, upon consideration of Defendant's Motion for Summary Judgement (Document No. 39), Plaintiff's Brief in Opposition thereto (Document No. 42) and for the reasons contained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that:

1. Joseph Puhalla is no longer a Defendant in this case, because Plaintiff has voluntarily withdrawn all claims against him; the Clerk of Court shall amend the caption and docket to terminate Joseph Puhalla as a party.

2. Defendant's Motion is **GRANTED** with respect to Plaintiff's Retaliation claim and **DENIED** with respect to her claims of a Hostile Work Environment, a Retaliatory Hostile Work Environment, and Post-Employment Retaliation.

3. The parties shall appear for the Zoom settlement conference scheduled for June 24, 2025 at 10:00 a.m. All persons necessary to complete settlement of the matter shall attend.

**IT IS SO ORDERED**.

BY THE COURT:

 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge